IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Denton, Arthur | Case Number: 04 B 47260 |
|---|---|---|
|  | Denton, Rosie | Judge: Squires, John H |
|  | Printed: 7/15/08 | Filed: 12/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 20, 2008
Confirmed: May 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,325.00 |  |
| Secured: |  | 2,410.44 |
| Unsecured: |  | 3,009.99 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,617.00 |
| Trustee Fee: |  | 402.55 |
| Other Funds: |  | 885.02 |
| Totals: | 9,325.00 | 9,325.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,617.00 | 2,617.00 |
| 2. | CitiFinancial Mortgage | Secured | 0.00 | 0.00 |
| 3. | Key Bank USA National Association | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 249.98 | 249.98 |
| 5. | CitiFinancial Mortgage | Secured | 3,325.87 | 2,160.46 |
| 6. | Debt Recovery Solutions | Unsecured | 161.03 | 161.03 |
| 7. | Resurgent Capital Services | Unsecured | 167.15 | 167.15 |
| 8. | ECast Settlement Corp | Unsecured | 702.05 | 702.05 |
| 9. | Resurgent Capital Services | Unsecured | 336.20 | 336.20 |
| 10. | ECast Settlement Corp | Unsecured | 758.49 | 758.49 |
| 11. | Blair Corporation | Unsecured | 885.07 | 885.07 |
| 12. | American Medical Collection | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
| 17. | P De Silva M.D S.C | Unsecured |  | No Claim Filed |
| 18. | Radiology Imaging Specialists | Unsecured |  | No Claim Filed |
| 19. | Simm Associates Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,202.84 | $ 8,037.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 55.67 |
| 5.5% | 115.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Denton, Arthur　　　　　　　　　　　Case Number:  04 B 47260
　　　　　Denton, Rosie　　　　　　　　　　　　Judge:  Squires, John H
　　　　　Printed:  7/15/08　　　　　　　　　　Filed:  12/23/04

|  |  |
|---|---|
| 5%   | 33.80 |
| 4.8% | 64.42 |
| 5.4% | 133.10 |
|      | _____ |
|      | $ 402.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____